UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Kahleif Whitfield
                Plaintiff,

v.                                     Case No.: 1:20–cv–02956
                                            Honorable Franklin U. Valderrama

Thomas Dart, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 21, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: Defendants' Motions to Reassign Cases as Related Under Local Rule 40.4 [40], [44] are before the Court. The Court permitted briefing on Defendants' motion [41], [51] and has reviewed the motion and all briefing submitted. The Court finds that the 8 cases Defendants move to reassign (see R. 40 at 4–5; R. 44 at 5) are related under Local Rule 40.4(a)(2), because they involve several of the same issues of fact or law. The Court also finds that reassignment is appropriate under Local Rule 40.4(b), because (i) all 8 cases are pending in this District; (ii) the handling of these cases by the same Judge will save considerable judicial resources; (iii) the earlier case has not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and (iv) the cases are susceptible of disposition in a single proceeding. The Court understands that one of the eight cases Defendant initially sought to reassign, Reitinger v. Dart, 21–cv–2331, has since settled and has been voluntary dismissed. Because the Court finds that the remaining 7 identified cases are related, and the 7 cases pending before other Judges in this District may be reassigned to this Court's calendar, Defendants' Motions to Reassign [40], [44] are granted with respect to those 7 cases. The following cases will be reassigned for all purposes to this Court's calendar as related to this action: Wilson v. Dart, 20–cv–7009 (pending before Judge Sara L. Ellis); Smith v. Dart, 20–cv–7119 (pending before Judge Sara L. Ellis); Baker v. Dart, 20–cv–7246 (pending before Judge John Z. Lee); Allen Jr. v. Dart, 21–cv–545 (pending before Judge Matthew F. Kennelly); Todd v. Dart, 21–cv–2193 (pending before Judge Charles R. Norgle, Sr); Johnson v. Dart, 21–cv–2468 (pending before Judge John Z. Lee); and Bonner v. Dart, 21–cv–2474 (pending before Judge Jorge L. Alonso). Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.